IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| Wal-Mart Stores, Inc., et al., | |
| Defendant. | |

Civil Action No. 3:17-CV-00739-bbc

**STIPULATION OF THE PARTIES**

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants Wal-Mart Stores, Inc., et al., ("Wal-Mart") stipulate and ask the Court to adopt the following:

1. Wal-Mart withdraws its denial in Paragraph 15 of EEOC's Complaint that all conditions precedent to the institution of this lawsuit have been fulfilled and admits the same.

2. Wal-Mart withdraws Affirmative Defenses Nos. 7 and 8 set forth in its Answer, and will not assert that the EEOC failed to exhaust administrative remedies in this case. Wal-Mart, however, reserves its right to use admissible facts relating to Mr. Reina's employment at Wal-Mart and the EEOC's investigation and findings for any other purpose. Nothing in this stipulation should be construed to limit admissibility of otherwise admissible evidence in this matter.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018

                                          Barbara B. Crabb
                                          U.S. District Judge

**STIPULATED BY:**

Dated: September 20, 2018         **MWH LAW GROUP LLP**

                                          *s/Warren E. Buliox*
                                          Emery K. Harlan
                                          Warren E. Buliox
                                          Carlos R. Pastrana
                                          735 N. Water Street, Suite 610
                                          Milwaukee, WI 53202
                                          Phone: (414) 436-0353
                                          Fax: (414) 436-0354
                                          emery.harlan@mwhlawgroup.com
                                          warren.buliox@mwhlawgroup.com
                                          carlos.pastrana@mwhlawgroup.com

                                          **COUNSEL FOR DEFENDANT**

Dated: September 20, 2018         **EQUAL EMPLOYMENT**
                                          **OPPORTUNITY COMMISSION**

                                          *s/Laurie Vasichek*
                                          Laurie Vasichek, Sr. Trial Attorney
                                          330 2nd Avenue South, Suite 720
                                          Minneapolis, MN 55401
                                          Phone: (612) 335-4062
                                          Fax: (612) 335-4044
                                          laurie.vasichek@eeoc.gov

                                          Carrie Vance, Trial Attorney
                                          310 West Wisconsin Avenue, Suite 500

Milwaukee, WI 53203
Phone: (414) 297-1130
Fax: (414) 297-3146
carrie.vance@eeoc.gov

**COUNSEL FOR PLAINTIFF**