IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Plaintiff,

v.                                                ORDER

WAL-MART STORES, INC. and                17-cv-739-jdp
WAL-MART STORES EAST, LP,

                Defendants.

---

The court held a hearing by phone on September 27, 2019, at which the parties appeared by counsel. This order summarizes the rulings made at the conference with respect to the testimony of Paul Reina and the playing of certain videotaped recordings at trial.

For the reasons stated at the hearing, plaintiff's motion to quash the subpoena of Paul Reina, Dkt. 121, will be granted. Walmart's motion for the appointment of an interpreter for Reina's testimony, Dkt. 118, will be denied as moot.

Walmart's motion to play designated portions of the videotaped attempted deposition of Reina, Dkt. 126, is granted, but the video will be limited to 10 minutes in length, to include plaintiff's counter designations. By Tuesday, October 1, 2019, the parties shall file their stipulated designations and counter-designations, along with a stipulated instruction identifying the nature of the video. If the parties do not agree on the video designations or instruction, they should highlight their competing arguments and positions.

Walmart's additional request to play portions of the videotaped depositions of Reina and his job coaches during its opening statement will be denied.

ORDER

IT IS ORDERED that:

1. Plaintiff Equal Employment Opportunity Commission's motions in limine, Dkt. 121, is GRANTED in part and DENIED in part, as set forth above.

2. Defendants' motion for the appointment of an interpreter, Dkt. 118, is DENIED as moot.

3. Defendants' motion to play certain videotaped deposition testimony at trial, Dkt. 126, is GRANTED in part and DENIED in part, as set forth above. The parties shall have until October 1, 2019 to file their stipulations and argument with respect to Reina's videotaped deposition.

Entered September 30, 2019.

> BY THE COURT:
>
> /s/
>
> _____
> JAMES D. PETERSON
> District Judge