IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, L.P.,

               Defendants.

SPECIAL VERDICT FORM

17-cv-739-jdp

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** Did Walmart violate the ADA by failing to provide Paul Reina with a reasonable accommodation?

ANSWER: __Yes__ (Yes or No)

**QUESTION NO. 2:** Did Walmart violate the ADA by ending Paul Reina's employment because of his disability?

ANSWER: __Yes__ (Yes or No)

*If you answered YES to either Question 1 or Question 2, go on to answer Question 3. If you answered NO to both Question 1 and Question 2, do not answer any more questions.*

**QUESTION NO. 3:** What amount of money, if any, would fairly and adequately compensate Paul Reina for the harm caused by the ADA violation or violations?

ANSWER: $__200,000.00__

**QUESTION NO. 4:** Did Walmart act with malice or reckless disregard of Paul Reina's rights under the ADA?

ANSWER: __Yes__ (Yes or No)

*If you answered YES to Question 4, go on to answer Question 5. If you answered NO to Question 4, do not answer any more questions.*

**QUESTION NO. 5:** What amount of money, if any, do you award as punitive damages against Walmart?

ANSWER: $ __5,000,000.00__

*[signature]*
Presiding Juror

Madison, Wisconsin
Dated this 10th day of October, 2019