Judge,

Where does the money from the punitive damages awarded go?

Who gets it in other words?

1:15 pm
10/10/19
17-cv-739-jdp
Court Exhibit 1

Stephen O'Dell

October 10, 2019

Any award of damages, including punitive damages, would be paid into a special needs trust for the benefit of Paul Reina. I remind you that the purpose of punitive damages is not compensation to Mr. Reina.

Judge Peterson