IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Plaintiff,

v.                                                                                                  ORDER

WAL-MART STORES, INC. and                                         17-cv-739-jdp
WAL-MART STORES EAST, LP,

                Defendants.

---

After the jury delivered its verdict on October 10, 2019, Magistrate Judge Stephen Crocker set deadlines for post-trial briefing in this case, including briefing on equitable relief. *See* Dkt. 209 at 89-90. The clerk of court did not enter final judgment in this case because a decision has not yet been made as to all available relief. Now before the court is Walmart's motion to clarify whether the post-trial briefing schedule encompasses motions to be filed under Federal Rules of Civil Procedure 50 and 59, which set deadlines dependent on the date of entry of judgment, or whether the parties should follow the timetables set forth in the rules for those types of motions. Dkt. 210.

The briefing schedule set by the court shall include only those motions and filings necessary to address equitable relief, so that final judgment may be entered. For any motions to be filed under Rules 50 and 59, the parties shall adhere to the deadlines set forth in those rules.

Entered October 31, 2019.

                                              BY THE COURT:
                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge