IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

WAL-MART STORES, INC.
and WAL-MART STORES EAST, L.P.,

    Defendants.

Case No. 17-cv-739-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Equal Employment Opportunity Commission against defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., awarding Paul Reina $200,000.00 in compensatory damages, $100,000.00 in punitive damages, $41,224.07 in back pay, $58,124.53 in front pay, $4,495.72 in prejudgment interest, and $19,097.14 for tax consequences.

Approved as to form this 3RD day of April, 2020.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer
Clerk of Court

4/3/20
Date