UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**,

    Plaintiff,

v.

**WALMART STORES, INC.**,
**WALMART STORES EAST, L.P.**,

    Defendants.

CASE NO. 3:17-cv-739-jdp

---

### DEFENDANTS' NOTICE OF APPEAL

---

Notice is hereby given that Defendants Walmart Stores, Inc. and Walmart Stores East, L.P. ("Walmart") appeal to the United States Court of Appeals for the Seventh Circuit from the district court's (1) Opinion and Order, Dkt. 65, entered on December 18, 2018, Denying Defendants' Motion For Summary Judgment, Dkt. 21, and Opinion and Order, Dkt. 76, entered on March 14, 2019, denying reconsideration of that summary-judgment ruling, *see* Dkt. 72; (2) Opinion and Order, Dkt. 224, entered on March 31, 2020, granting in part Plaintiff's Motion For Equitable Relief, Dkt. 213; (3) Final Judgment, Dkt. 225, entered on April 3, 2020; (4) Opinion and Order, Dkt. 244, entered on November 25, 2020, denying Walmart's Renewed Motion For Judgment As A Matter Of Law Under Rule 50, And Motion For A New Trial And To Alter The Judgment Under Rule 59 And Remit Damages, Dkt. 231; and (5) all earlier and interlocutory orders and rulings.

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this Notice of Appeal.

Dated: December 18, 2020

    Respectfully Submitted,

    /s/ Misha Tseytlin
    MISHA TSEYTLIN
    (State Bar No. 1102199)
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    227 W. Monroe Street, Suite 3900
    Chicago, IL 60606
    (608) 999-1240
    (312) 759-1939 (fax)
    misha.tseytlin@troutman.com

    *Attorney for Defendants Walmart Stores, Inc. and Walmart Stores East, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2020, a true and accurate copy of the foregoing Notice Of Appeal was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com