UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES EAST, L.P. AND WALMART STORES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 17-cv-739-jdp<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF EEOC'S NOTICE OF CROSS APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), 3(c)(1), 4(a)(1)(B)(ii), 4(a)(4)(A)(i), 4(a)(4)(A)(iv), and 4(a)(4)(A)(v), notice is hereby given that the U.S. Equal Employment Opportunity Commission ("EEOC"), plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the portion of the Opinion and Order, (Docket No. 224), denying injunctive relief. Judgment was entered on April 3, 2020 (Docket No. 225), and on November 25, 2020, the district court denied Walmart's post-trial motions under Rule 50 and 59 of the Federal Rules of Civil Procedure (Docket No. 244).

Dated: January 22, 2021    Gregory Gochanour
                 Regional Attorney
                 Equal Employment Opportunity Commission
                 Chicago District Office
                 230 South Dearborn Street, Suite 2920
                 Chicago, IL 60604

                 Justin Mulaire
                 Supervisory Trial Attorney
                 Equal Employment Opportunity Commission
                 Chicago District Office
                 230 South Dearborn Street, Suite 2920
                 Chicago, IL 60604

Telephone: (312) 872-9666
Email: justin.mulaire@eeoc.gov

*s/Carrie Vance*
Carrie Vance
Senior Trial Attorney
Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, Wisconsin 53203
Telephone: (414) 662-3686
Email: carrie.vance@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2021, a true and accurate copy of the foregoing Notice of Appeal was served via the Court's CM/ECF system upon all counsel of record.

<u>s/Carrie Vance</u><br>
Carrie Vance<br>
Senior Trial Attorney<br>
Equal Employment Opportunity Commission<br>
Milwaukee Area Office<br>
310 West Wisconsin Avenue, Suite 500<br>
Milwaukee, Wisconsin 53203<br>
Telephone: (414) 662-3686<br>
Email: carrie.vance@eeoc.gov