# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 30, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| Nos. 20-3473 & 21-1124 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff–Appellee/Cross-Appellant, v. WAL-MART STORES, INC. and WAL-MART STORES EAST, L.P., Defendants-Appellants/Cross-Appellees. |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:17-cv-00739-jdp Western District of Wisconsin District Judge James D. Peterson | |

The judgments of the District Court are **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)