# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 22, 2022

To: Joel W. Turner
      UNITED STATES DISTRICT COURT
      Western District of Wisconsin
      Madison, WI 53703-0000

| | |
|---|---|
| No. 20-3473 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff - Appellee<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, L.P.,<br>Defendants - Appellants |
| No. 21-1124 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff - Appellant<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART STORES EAST, L.P.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:17-cv-00739-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |
| **Originating Case Information:** | |
| District Court No: 3:17-cv-00739-jdp<br>Western District of Wisconsin<br>Court Reporter Cheryl Seeman<br>District Judge James D. Peterson<br>Court Reporter Jennifer L. Dobbratz<br>Clerk/Agency Rep Joel W. Turner | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A

certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:         No record to be returned

form name: **c7_Mandate**   (form ID: **135**)